In the Matter of RECOVERY OF JUDGMENT, LLC, as Assignee of Joshua Wander, Respondent, v JOSEPH WARREN, Appellant.

Submitted March 19, 2012; decided May 1, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

RITE CAPITAL GROUP, LLC, et al., Respondents, v LMAG, LLC, et al., Defendants, and ZEG ENTERPRISES, INC., Appellant.

Submitted March 19, 2012; decided May 1, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SATELLITE ASSET MANAGEMENT, L.P., Respondent, v FIFTH AVENUE BUILDING COMPANY, LLC, Appellant.

Submitted March 5, 2012; decided May 1, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.